# ELECTRONIC RECORD

**523-15**

COA # 02-13-00566-CR      OFFENSE: 22.02

STYLE: Coleman Nichols v. The State of Texas      COUNTY: Denton

COA DISPOSITION: AFFIRM      TRIAL COURT: 367th District Court

DATE: 02/05/2015      Publish: NO    TC CASE #: F-2011-1562-E

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Coleman Nichols v. The State of Texas      CCA #: **523-15**

_APPELLANT'S_ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_REFUSED_      JUDGE: _____

DATE: _06/17/2015_      SIGNED: _____    PC: _____

JUDGE: _Per Curiam_      PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____